AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Trevor Reid,
Crystale Reason

*Plaintiff(s)*

v.

U.S. Department of the Interior, National Park Service, Justin P. Doyle, David Ballam, Cynthia Sirk-Fear, and one or more unknown named agents of the United States

*Defendant(s)*

Civil Action No. **CV22-00068-PHX-SMB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TREVOR REID & CRYSTALE REASON
2606 N 44TH STREET #316
PHOENIX, ARIZONA 850008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
Signature of C[lerk]

ISSUED ON 2:11 pm, Jan 14, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

Trevor Reid,
Crystale Reason

*Plaintiff(s)*

v.   Civil Action No. **CV22-00068-PHX-SMB**

U.S. Department of the Interior, National Park Service, Justin P. Doyle, David Ballam, Cynthia Sirk-Fear, and one or more unknown named agents of the United States

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Park Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TREVOR REID & CRYSTALE REASON
2606 N 44TH STREET #316
PHOENIX, ARIZONA 850008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of*

ISSUED ON  2:12 pm, Jan 14, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

| | | |
|---|---|---|
| Trevor Reid,<br>Crystale Reason<br><br>*Plaintiff(s)*<br>v.<br>U.S. Department of the Interior, National Park Service, Justin P. Doyle, David Ballam, Cynthia Sirk-Fear, and one or more unknown named agents of the United States<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. **CV22-00068-PHX-SMB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Justin P. Doyle
18100 Park Headquarters Road
Triangle, VA 22172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TREVOR REID & CRYSTALE REASON
2606 N 44TH STREET #316
PHOENIX, ARIZONA 850008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                      *Signature of*

ISSUED ON 2:12 pm, Jan 14, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

Trevor Reid,
Crystale Reason

*Plaintiff(s)*

v.

U.S. Department of the Interior, National Park Service, Justin P. Doyle, David Ballam, Cynthia Sirk-Fear, and one or more unknown named agents of the United States

*Defendant(s)*

Civil Action No.  **CV22-00068-PHX-SMB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David Ballam
18100 Park Headquarters Road
Triangle, VA 22172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TREVOR REID & CRYSTALE REASON
2606 N 44TH STREET #316
PHOENIX, ARIZONA 850008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of*

ISSUED ON 2:12 pm, Jan 14, 2022
s/ Debra D. Lucas, Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

Trevor Reid, )
Crystale Reason )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.   **CV22-00068-PHX-SMB**
U.S. Department of the Interior, National Park )
Service, Justin P. Doyle, David Ballam, )
Cynthia Sirk-Fear, and one or more unknown named )
agents of the United States )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cynthia Sirk-Fear
18100 Park Headquarters Road
Triangle, VA 22172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TREVOR REID & CRYSTALE REASON
2606 N 44TH STREET #316
PHOENIX, ARIZONA 850008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                     _____
                                              *Signature of Clerk*

ISSUED ON 2:12 pm, Jan 14, 2022

s/ Debra D. Lucas, Clerk