# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., | No. CV-22-00068-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Interior, et al., | |
| Defendants. | |

### NOTICE TO PARTIES

This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9. Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required[1], will be stricken and not considered.

Dated this 18th day of January, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge

---

[1] All motions exceeding 10 pages in length, including exhibits and attachments.