# United States District Court

for the

District of Arizona

Phoenix Division

Trevor Reid, )
)  Case No.
Crystale Reason )
)
*Plaintiffs* )
)  **CV-22-00068-PHX-SMB**
-v- )
)
U.S. Department of the Interior, et al )
)
*Defendants*

---

NOTICE OF SERVICE

Plaintiff Trevor Reid files the attached AFFIDAVIT OF SERVICE as notice of having served the following defendants: United States Department of the Interior, National Park Service.

Signed,

*[signature]*

TREVOR REID

April 12, 2022

# United States District Court
## for the
### District of Arizona
### Phoenix Division

| | |
|---|---|
| Trevor Reid, | ) |
| | ) Case No. |
| Crystale Reason | ) |
| | ) (*to be provided by clerk's office*) |
| *Plaintiffs* | ) |
| | ) |
| -v- | ) **CV-22-00068-PHX-SMB** |
| | ) |
| U.S. Department of the Interior, et al | ) |
| | ) |
| *Defendants* | ) |

## AFFIDAVIT OF SERVICE

Caitlyn A. Reid declares as follows:

1. I am not a party to the above-captioned action, am over 18 years of age and reside in Maricopa County, Arizona.
2. On April 8th, 2022 at approximately 11:00 AM I caused true copies of the SUMMONSES AND COMPLAINT in the above-captioned action to be served on:
   - ❖ United States Attorney for Arizona ℅ Civil Process Clerk
     Two Renaissance Square 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4449
   - ❖ Attorney General of the United States
     950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
3. I made such service by personally enclosing the aforementioned documents in a properly addressed, prepaid CERTIFIED mailing and delivering them to an agent of the United States Postal Service for care, custody and delivery exclusively by the postal service.
4. These events occurred in Maricopa County in the State of Arizona.
5. I state this April 12th, 2022, under penalty of perjury that, the foregoing is true and correct.

Signed,

*Caitlyn Reid*
Caitlyn A. Reid