THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _CIVR 5.4 7.1(a)(1)_
(Rule Number/Section)

# United States District Court
## for the
## District of Arizona
## Phoenix Division

FILED ✓    LODGED ___
RECEIVED ___    COPY ___
APR 18 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Trevor Reid,                     )
                                 )   Case No.
Crystale Reason                  )
                                 )
            *Plaintiffs*         )
                                 )
        -v-                      )   **CV-22-00068-PHX-SMB**
                                 )
U.S. Department of the Interior, et al  )
                                 )
            *Defendants*         )

### PLAINTIFFS' JOINT MOTION TO EXTEND TIME FOR SERVICE

Plaintiffs Trevor Reid and Crystale Reason request additional time to serve defendants per Rule 4(i)(4). The United States has already been served via certified mail to the U.S. Attorney for Arizona and the Attorney General of the United States. Return receipts show these were delivered on April 12th and April 13th respectively and Plaintiff Reid has filed the server's affidavit with the court (ECF Document 9, Notice of Service).

Plaintiffs are actively investigating and expect that effort to identify additional named agents of the United States for service.

Accordingly, Plaintiffs respectfully request that the court enter an order granting an additional sixty (60) days to serve defendants U.S. Department of the Interior, National Park Service, Doyle, Ballam, Sirk-Fear, and any additional named agents of the United States whose identities are not yet known.

Signed this April 14th, 2022,

TREVOR REID                              CRYSTALE REASON

CERTIFICATE OF SERVICE

I certify that I served the attached document via:

☑ Mai

☐ courier

☐ in-person delivery

☐ E-mail

☐ Other: _____

On (date)  APRIL 15, 2022

upon:

1. The United States by delivery to the Attorney General of the United States
2. The United States by delivery to the U.S. Attorney for Arizona

Signed,

s/Trevor Reid