# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., | No. CV-22-00068-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Department of Interior, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Joint Motion for Extension of Time for Service (Doc. 10). Plaintiffs request an extra 60 days to complete service of process. However, they have already had 90 days. Additionally, the events underlying this case took place in 2017. According to their Complaint, Plaintiffs have been working with the Department of Interior through the administrative process to resolve this claim. When it was not resolved, Plaintiffs filed this claim six months after final denial by the Department. Plaintiffs have had plenty of time to prepare their case. Nevertheless, the Court will grant Plaintiffs a 30-day extension of time.

**IT IS ORDERED** granting Plaintiffs' Joint Motion for Extension of Time for Service (Doc. 10) in part, the deadline for service of process is extended for 30 days from the current deadline of April 12, 2022.

…

…

…

1     **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate any or all
2 Defendants in this matter, without further notice, that have not been served within the time
3 required by Fed. R. Civ. P. 4(m) on **May 13, 2022**.
4     Dated this 26th day of April, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge