Name: **TREVOR REID**

Address: **2606 N 44TH ST #316**

**PHOENIX, AZ 85008**

Telephone: **386-249-9739**

```
FILED ___ LODGED
RECEIVED ___ COPY
   APR 2 5 2022
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Reid, et al )
)
  Plaintiff, ) Case No. CV-22-00068-PHX-SMB
)
vs. ) **MOTION TO ALLOW**
) **ELECTRONIC FILING**
U.S. Department of the Interior et al ) **BY A PARTY APPEARING**
) **WITHOUT AN ATTORNEY and**
  Defendant. ) **SUPPORTING INFORMATION**
)
_____)

I, **Trevor Reid** _____, declare that I am the Plaintiff/Defendant representing myself in this action; that I hereby request permission to electronically file and serve my documents. I state that, upon a showing of good cause below, I am able to comply with the equipment and rule requirements governing electronic filing.

In further support of this application, I answer the following questions:

A. Type of personal computer and related software/equipment available for use:

- Personal computer running a standard platform such as Windows or Mac OSX.
- PDF-compatible word processor such as Corel WordPerfect or Microsoft Word
- Internet access (high speed is recommended)
- A Web browser. Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5 have been tested and certified for compatibility with ECF, and are therefore recommended
- PDF conversion software - Adobe Acrobat version 6 or higher (Standard or Professional) is recommended
- Scanner for paper exhibits or other supporting documents which exist only in paper
- Adobe Acrobat Reader is needed for viewing e-filed PDF documents

All of the above or close equivalents are available to me.

_____

_____

_____

_____

B. Do you have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions?

Yes [✓]        No [ ]

C. Are you currently or will you be a subscriber to PACER (Public Access to Court Electronic Records)?

Yes [✓]        No [ ]

D. Have you read and become familiar with the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [✓]        No [ ]

E. Are you able to comply with all of the requirements, including the electronic submission of documents in .pdf, of the District of Arizona's ECF Administrative Policies and Procedures Manual?

Yes [✓]        No [ ]

F. Are you able to comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002?

Yes [✓]        No [ ]

DATED this __20th__ day of __April_____, 200__2022__.

_____
Your signature in ink

Trevor Reid
Your name typed or printed

2606 N 44th St #316
Phoenix, AZ 85008
Address

386-249-9739
Telephone Number

CERTIFICATE OF SERVICE

I certify that I served the attached document(s) via:

    ☒ Mail     ___ Courier     ___ In-person delivery     ___ E-mail

    ___ Other:

On (date): 4/20/2022

Upon:

    ☒ The United States by delivery to the Attorney General of the United States

    950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

    ☒ The United States by delivery to the U.S. Attorney for the District of Arizona

    40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4449

    ☒ The U.S. Department of the Interior

    1849 C Street, NW, Washington, DC 20240

    ☒ National Park Service

    1849 C Street, NW, Washington, DC 20240

    ☒ Justin P. Doyle

    18100 Park Headquarters Road, Triangle, VA 22172

    ☒ David Ballam

    18100 Park Headquarters Road, Triangle, VA 22172

    ☒ Cynthia Sirk-Fear

    18100 Park Headquarters Road, Triangle, VA 22172

    ☐ Others(s):

Signed,

s/Trevor Reid

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Reid, et al <br><br> Plaintiff, <br><br> vs. <br><br> U.S. Department of the Interior, et al <br><br> Defendant. | CV   22-00068-PHX-SMB <br><br> **ORDER** |

**IT IS ORDERED,**

☐   **GRANTING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney in this case only. The party is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the attached form to register as a user with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-Government Act of 2002.

Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

☐ **DENYING** the Motion to Allow Electronic Filing by a Party Appearing Without an Attorney.

DATED this _____ day of _____, ~~200~~___.

_____
United States District/Magistrate Judge