# United States District Court
### for the
### District of Arizona
### Phoenix Division

FILED ✓ / LODGED ___
RECEIVED ___ / COPY ___
MAY 0 2 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Trevor Reid,

Crystale Reason

    *Plaintiffs*

-v-

U.S. Department of the Interior, et al

    *Defendants*

Case No.

**CV-22-00068-PHX-SMB**

## AFFIDAVIT OF SERVICE

Caitlyn A. Reid declares as follows:

1. I am not a party to the above-captioned action, am over 18 years of age and reside in Maricopa County, Arizona.

2. On April 19th, 2022 at approximately 2:20 PM I caused true copies of the SUMMONS, COMPLAINT and ORDERS (ECF Documents 6 & 7) in the above-captioned action to be served on:

   ❖ The U.S. Department of the Interior

       1849 C Street, NW, Washington, DC  20240

   ❖ National Park Service

       1849 C Street, NW, Washington, DC  20240

   ❖ Justin P. Doyle

       18100 Park Headquarters Road, Triangle, VA 22172

- ❖ David Ballam

    18100 Park Headquarters Road, Triangle, VA 22172

- ❖ Cynthia Sirk-Fear

    18100 Park Headquarters Road, Triangle, VA 22172

3. I made such service by personally enclosing the aforementioned documents in a properly addressed, prepaid CERTIFIED mailing and delivering them to the United States Postal Service for care, custody and delivery exclusively by the postal service.

4. These events occurred in Maricopa County in the State of Arizona.

5. I state this April 22th, 2022, under penalty of perjury, that the foregoing is true and correct.

Signed,

*Caitlyn Reid*

Caitlyn A. Reid

# United States District Court

for the

District of Arizona

Phoenix Division

| | |
|---|---|
| Trevor Reid, | ) |
| | ) Case No. |
| Crystale Reason | ) |
| | ) (*to be provided by clerk's office*) |
| *Plaintiffs* | ) |
| | ) |
| -v- | ) **CV-22-00068-PHX-SMB** |
| | ) |
| U.S. Department of the Interior, et al | ) |
| | ) |
| *Defendants* | ) |

## AFFIDAVIT OF SERVICE

Caitlyn A. Reid declares as follows:

1. I am not a party to the above-captioned action, am over 18 years of age and reside in Maricopa County, Arizona.
2. On April 8th, 2022 at approximately 11:00 AM I caused true copies of the SUMMONSES AND COMPLAINT in the above-captioned action to be served on:
    - ❖ United States Attorney for Arizona ℅ Civil Process Clerk
      Two Renaissance Square 40 N. Central Avenue, Suite 1800, Phoenix, AZ 85004-4449
    - ❖ Attorney General of the United States
      950 Pennsylvania Avenue, NW, Washington, DC 20530-0001
3. I made such service by personally enclosing the aforementioned documents in a properly addressed, prepaid CERTIFIED mailing and delivering them to an agent of the United States Postal Service for care, custody and delivery exclusively by the postal service.
4. These events occurred in Maricopa County in the State of Arizona.
5. I state this April 12th, 2022, under penalty of perjury that, the foregoing is true and correct.

Signed,

*Caitlyn Reid*
Caitlyn A. Reid