# EXHIBIT 1

GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov

*Attorneys for United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Trevor Reid, et al.,<br><br>　　　　　Plaintiffs<br><br>　　　v.<br><br>United States Department of Interior, et al.,<br><br>　　　　　Defendants | No. CV-22-00068-PHX-SMB<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT** |

　　　I, Peter M. Lantka, Chief, Civil Division for the U.S. Attorney's Office, Phoenix, District of Arizona, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by the virtue of the authority vested in me by 28 C.F.R. § 15.4 and through delegation of the United States Attorney, hereby certify that I have read the Complaint in *Trevor Reid, et al. v. U.S. Department of the Interior, et al.*, No. 2:22-cv-00068-SMB (D. Ariz. January 12, 2022).

. . .

. . .

. . .

. . .

. . .

. . .

On the basis of the information now available with respect to the allegations contained in the Complaint, I find that at the time of the conduct complained of in the Complaint, Defendants Justin P. Doyle, David Ballam, and Cynthia Sirk-Fear were acting within the scope of their employment as employees of the United States, through its agency, the Department of the Interior.

DATED this 8th day of June, 2022.

_____
Peter M. Lantka
Chief, Civil Division, Phoenix
U.S. Attorney's Office
District of Arizona

Digitally signed by Peter Lantka
Date: 2022.06.08 16:52:42 -07'00'