**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Trevor Reid, et al.,<br>    Plaintiffs<br>v.<br>United States Department of Interior, et al.,<br>    Defendants. | No. CV-22-00068-PHX-SMB<br><br>[PROPOSED] **ORDER** |

The Court having reviewed Substituted Defendant United States of America's Motion to Consolidate and Extend the Responsive Pleading Deadline (First Request to Extend) (Doc. ___), and good cause appearing, the motion is GRANTED. The United States' and individual defendants' (Justin P. Doyle, David Ballam, and Cynthia Sirk-Fear) responsive pleading deadline is hereby consolidated and extended to sixty (60) days after proper service of process has been made on the individual defendants collectively.