Trevor Reid
Crystale Reason
3920 E Thomas Rd  #5723
Phoenix, AZ  85010
Email: trevor.d.reid@gmail.com
Email: crystale.reid@gmail.com
Tel: (386) 249-9739
Plaintiff(s), pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Trevor Reid, | Case No. **CV-22-00068-PHX-SMB** |
|---|---|
| Crystale Reason | |
| Plaintiffs | |
| v. | |
| U.S. Department of the Interior, et al | |
| Defendants | PLAINTIFFS' JOINT NOTICE OF CHANGE OF ADDRESS |

Plaintiffs Trevor Reid and Crystale Reason hereby notify the court and all parties that their mailing address has changed. The new and current address is:

    3920 E Thomas Rd  #5723
    Phoenix, AZ  85010

Respectfully submitted this 5th day of July, 2022

                      s/Trevor Reid,    *plaintiff pro se*

                      s/Crystale Reason,    *plaintiff pro se*

**CERTIFICATE OF SERVICE**

I certify that on July 5th, 2022 in addition to filing the foregoing document via CM/ECF I mailed a copy via first class mail to each of the following parties:

United States of America
United States Department of the Interior
National Park Service:

U.S. Attorney, ATTN: Noel Capps
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408

---

Justin P. Doyle
David Ballam
Cynthia Sirk-Fear:

18100 Park Headquarters Road
Triangle, VA  22172

s/Crystale Reason