Trevor Reid
3920 E Thomas Rd  #5723
Phoenix, AZ  85010
Email: trevor.d.reid@gmail.com
Tel: (386) 249-9739
Plaintiff, *pro se*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Trevor Reid, | Case No. **CV-22-00068-PHX-SMB** |
|---|---|
| Crystale Reason | |
| Plaintiffs | |
| v. | |
| U.S. Department of the Interior, et al | |
| Defendants | APPLICATION FOR CLERK'S ENTRY OF DEFAULT |

Plaintiff Trevor Reid applies for entry of default pursuant to Fed. R. Civ. P. Rule 55(a) as to the defendants U.S. Department of the Interior and National Park Service.

The foregoing defendants are corporations or agencies of the United States subject to service per Rule 4(i). Such service was completed by certified mail on April 19th, 2022, with service on the U.S. Attorney for Arizona occurring eleven (11) days earlier, on April 8th, 2022  (ECF Docs. 9, 15).  Rule 12(a)(2) provides U.S. agency defendants "must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States attorney." Ninety (90)

days have passed since the U.S. Attorney was served. Neither of the foregoing agency defendants has served a responsive pleading or motion[1].

Accordingly, entry of default is requested.

Respectfully submitted this 7th day of July, 2022

s/ Trevor reid, *plaintiff pro se*

---

[1] Sixty-three (63) days after the U.S. Attorney was served, substituted Defendant the United States of America did file, for itself, a motion (ECF Doc. 17) which if granted in full would extend the responsive pleading deadlines for these defendants. At the time of this filing, however, that motion remains pending and no extension has been granted.

## **CERTIFICATE OF SERVICE**

I certify that on July 7th, 2022 in addition to filing the foregoing document via CM/ECF I provided a copy to each of the following parties:

United States of America
United States Department of the Interior
National Park Service

U.S. Attorney for Arizona, Asst U.S. Attorney Noel C. Capps
    via CM/ECF email

---

(*adt'l service*)
United States Department of the Interior
National Park Service:

1849 C STREET, N.W.
WASHINGTON, DC  20240

---

Justin P. Doyle
David Ballam
Cynthia Sirk-Fear:

18100 Park Headquarters Road
Triangle, VA  22172

                                                    s/Trevor Reid