IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid,<br><br>Crystale Reason<br><br>      Plaintiffs<br><br>v.<br><br>U.S. Department of the Interior, et al<br><br>      Defendants | Case No. **CV-22-00068-PHX-SMB**<br><br><br><br><br><br>[PROSPOSED]<br>CLERK'S ENTRY OF DEFAULT |

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants U.S. Department of the Interior and National Park Service.

DEFAULT ENTERED this _____ day of July, 2022.