IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., | Case No. **CV-22-00068-PHX-SMB** |
| Plaintiffs | |
| v. | |
| U.S. Department of the Interior, et al., | |
| Defendants | |
| | [PROPOSED] ORDER |

The Court has reviewed Plaintiffs Joint Motion To Extend Time For Service (Second Request), (Doc.\_\_\_\_\_), and for good cause shown, the motion is GRANTED.

**IT IS ORDERED** extending the time to effectuate service on the individual defendants to **August 22, 2022**.

**IT IS FURTHER ORDERED** extending the deadline to file an Answer to **October 10th, 2022**.