1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

9  Trevor Reid, et al.,                                  No. CV-22-00068-PHX-SMB

10             Plaintiffs,                                **ORDER**

11  v.

12  United States Department of Interior, et al.,

13             Defendants.

14

15      The Court has reviewed Plaintiffs' Joint Motion to Extend Time for Service

16  (Second Request) (Doc. 24) and for good cause shown,

17      **IT IS HEREBY ORDERED** the Motion is **GRANTED**.

18      **IT IS FURTHER ORDERED** extending the time to effectuate service on the

19  individual defendants to **August 22, 2022**.

20      **IT IS FURTHER ORDERED** extending the deadline to file an Answer to

21  **October 11, 2022**.

22      Dated this 16th day of August, 2022.

23
24
25

Honorable Susan M. Brnovich
United States District Judge

26
27
28