# United States District Court
## for the
### District of Arizona
### Phoenix Division

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
AUG 2 2 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SS___ DEPUTY

Trevor Reid,

Crystale Reason

     *Plaintiffs*

-v-

U.S. Department of the Interior, et al

     *Defendants*

Case No.

**CV-22-00068-PHX-SMB**

## AFFIDAVIT OF SERVICE

Caitlyn A. Reid declares as follows:

1. I am not a party to the above-captioned action, am over 18 years of age and reside in Maricopa County, Arizona.

2. On August 2nd, 2022 at approximately 12:00 PM I caused true copies of the SUMMONS and COMPLAINT in the above-captioned action to be served on Justin P. Doyle of 4118 S 220 W, VERNAL, UT 84078

3. I made such service by personally enclosing the aforementioned documents in a properly addressed, prepaid CERTIFIED mailing and delivering them to the United States Postal Service for care, custody and delivery exclusively by the postal service.

4. These events occurred in Maricopa County in the State of Arizona.

5. I state this August 3rd, 2022, under penalty of perjury, that the foregoing is true and correct.

                  Signed,

                  *Caitlyn A. Reid*

AFFIDAVIT OF SERVICE, PAGE 1