# EXHIBIT E

GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone: (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov

*Attorneys for Defendants United States of America, Cynthia Sirk-Fear, and David Ballam*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Trevor Reid, et al.,<br><br>        Plaintiffs<br><br>v.<br><br>United States Department of Interior, et al.,<br><br>        Defendants | No. CV-22-00068-PHX-SMB<br><br>**DECLARATION OF DAVID BALLAM** |
|---|---|

Pursuant to 28 U.S.C. § 1746, I, David Ballam, state as follows, based on personal knowledge:

1. I am over the age of 18, a citizen of the United States, and a resident of the Commonwealth of Virginia.

2. I am currently, and have been for the past 16 years, a resident of the Commonwealth of Virginia.

3. Before I was a resident of the Commonwealth of Virginia, I was a resident of the Commonwealth of Massachusetts.

4. I have never been a resident of the State of Arizona.

5. I have never owned property in the State of Arizona.

6. I have never held an account in the State of Arizona.

7. I have been employed by the National Park Service since 1990.

8. In 2018, I attended work-related training for two (2) weeks at Grand Canyon National Park Arizona.

9. In 2014, I spent approximately one-half day at the Hoover Dam as part of a personal trip to Las Vegas, Nevada.

10. I have not been physically present in the State of Arizona other than as described in paragraphs 8 and 9, above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/28/2022, at Triangle, Virginia.

*/s/ David Ballam*
David Ballam