# EXHIBIT F

GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov

*Attorneys for Defendants United States of America,
Cynthia Sirk-Fear, and David Ballam*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., <br> Plaintiffs <br> v. <br> United States Department of Interior, et al., <br> Defendants | No. CV-22-00068-PHX-SMB <br><br> **DECLARATION OF CYNTHIA SIRK-FEAR** |

Pursuant to 28 U.S.C. § 1746, I, Cynthia Sirk-Fear, state as follows, based on personal knowledge:

1. I am over the age of 18, a citizen of the United States, and a resident of the Commonwealth of Virginia.
2. I have been a lifelong resident of the Commonwealth of Virginia except for a period of four (4) years I lived in the State of Texas.
3. I was a resident of the Commonwealth of Virginia in 2017.
4. I have never been a resident of the State of Arizona.
5. I have never owned property in the State of Arizona.
6. I have never held an account in the State of Arizona.
7. I have been employed by the National Park Service since January 1999.

8. In approximately 2015, I had a work assignment for less than one week at Grand Canyon National Park Arizona.

9. In 2018, I attended work-related training for one week at Grand Canyon National Park Arizona.

10. In 2019, I was detailed on work assignment to Grand Canyon National Park Arizona for two months.

11. In approximately 2008, I was on vacation for two to three days in Arizona, primarily at Grand Canyon National Park.

12. In approximately 2012, I visited Grand Canyon National Park Arizona for one day with family.

13. In August 2017, my title was Chief Ranger, Prince William Forest Park.

14. I did not have any personal involvement in an interaction between Trevor Reid and Crystale Reason and National Park Rangers Justin Doyle and David Ballam in August 2017.

15. My knowledge of an interaction in August 2017 between Trevor Reid and Crystale Reason and National Park Rangers Justin Doyle and David Ballam came some time later from the National Park Service Office of Professional Responsibility (OPR).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __October 4, 2022_____, at Luray, Virginia.

_____CYNTHIA SIRK-FEAR_____
(Digitally signed by CYNTHIA SIRK-FEAR, Date: 2022.10.04 17:31:33 -04'00')

Cynthia Sirk-Fear

REID-DOI-000044