Trevor Reid
Crystale Reason
3920 E Thomas Rd  #5723
Phoenix, AZ  85010
Email: trevor.d.reid@gmail.com
Email: crystale.reid@gmail.com
Tel: (386) 249-9739
Plaintiff(s), pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, | Case No. **CV-22-00068-PHX-SMB** |
| Crystale Reason | |
| Plaintiffs | |
| v. | |
| United States of America, et al | |
| Defendants | NOTICE OF FILING AMENDED COMPLAINT |

On November 1st, 2022 Plaintiffs filed their Amended Complaint (ECF Doc. 28) in this action. Pursuant to LRCiv 15.1(b), Plaintiffs provide this notice with attached ATTACHMENT 1 which is a copy of the amended pleading that indicates in what respects the Amended Complaint differs from the original Complaint (ECF Doc. 1), by striking through the text to be deleted and underlining the text to be added.

**CERTIFICATE OF SERVICE**

I certify that on November 1st, 2022 a copy of the foregoing document has been provided via CM/ECF or by mail to the following:

Noel C. Capps
Assistant U.S. Attorney Arizona
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449

Attorney for Defendants the United States of America, David Ballam, and Cynthia Sirk-Fear

Justin P. Doyle
4118 S 220 W
Vernal, UT  84078

s/Crystale Reason