Trevor Reid
Crystale Reason
3920 E Thomas Rd  #5723
Phoenix, AZ  85010
Email: trevor.d.reid@gmail.com
Email: crystale.reid@gmail.com
Tel: (386) 249-9739
Plaintiff(s), pro se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Trevor Reid, | Case No. **CV-22-00068-PHX-SMB** |
|---|---|
| Crystale Reason | |
| Plaintiffs | |
| v. | |
| United States of America, et al | |
| Defendants | MOTION FOR REFERRAL TO MEDIATION |

Plaintiffs, Crystale Reason and Trevor Reid, request that the Court refer this action to a magistrate judge for mediation as permitted by LRCiv 83.10 and require the participation of the parties.

Throughout the administrative claims process and now again during this action, Plaintiffs have conveyed their openness to settlement discussions.  In the more than five years since Mr. and Mrs. Reid were terrified by park rangers in the dead of night, not one government official has taken time to entertain any discussion of what, if anything, could set

matters right. That is not what should have happened.

As provided in 28 CFR 14.6, "[w]henever feasible, administrative claims should be resolved through informal discussions, negotiations, and settlements rather than through the use of any formal or structured process." Plaintiffs asked for such discussions from the outset. The National Park Service and the U.S. Department of the Interior chose to stick with a years-long, structured process of form letters and blanket denials.

Plaintiffs have wanted to discuss settlement all along. Rather than reflexively circle their wagons, it is important for U.S. government agencies to listen to aggrieved citizens. After all this time, Plaintiffs are finally convinced the assistance of a mediator is necessary for that to happen.

Accordingly, Plaintiffs ask the Court to refer this matter for a mandatory settlement conference (mediation).

Respectfully submitted this 3rd day of November, 2022:

                                      s/Trevor Reid, *plaintiff pro se*

                                      s/Crystale Reason, *plaintiff pro se*

## **CERTIFICATE OF SERVICE**

I certify that on November 3rd, 2022 the foregoing document was provided via CM/ECF or mail to:

Noel C. Capps
Assistant U.S. Attorney Arizona
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449

Attorney for Defendants the United States of America, David Ballam, and Cynthia Sirk-Fear.

s/Crystale Reason