IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., | &#124; Case No. **CV-22-00068-PHX-SMB** |
| Plaintiffs | &#124; |
| v. | &#124; |
| United States of America, et al., | &#124; |
| Defendants | &#124; |
| | &#124; [PROPOSED] ORDER |

The Court has reviewed Plaintiffs' Motion for Referral to Mediation, (Doc._____). For Good cause shown, the motion is **GRANTED**.

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge _____ pursuant to LRCiv 83.10 for a settlement conference (mediation). The parties shall contact the magistrate judge's chambers to agree on a mutually amenable date by _____, 202__.

**IT IS FURTHER ORDERED** that the parties shall participate in the

settlement conference until either the case settles or the parties are no longer making meaningful progress.