# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, et al., | No. CV-22-00068-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Unknown Parties, et al., | |
| Defendants. | |

Defendants filed a Motion to Dismiss (Doc. 27) based on Plaintiffs original Complaint (Doc. 1). After the filing of the Motion to Dismiss, Plaintiffs filed their Amended Complaint removing some of the individual defendants. This makes the Motion to Dismiss moot. Therefore,

**IT IS ORDERED** denying Defendants' Motion to Dismiss (Doc. 27) without prejudice. Defendant United States of America must file an answer or subsequent motion to dismiss within 20 days of the date of this order.

Dated this 3rd day of November, 2022.

Honorable Susan M. Brnovich
United States District Judge