GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov

*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Trevor Reid, Crystale Reason | No. CV-22-00068-PHX-SMB |
|---|---|
| Plaintiffs | |
| v. | **DEFENDANT'S RESPONSE TO MOTION FOR REFERRAL TO MEDIATION** |
| United States of America, and one or more unknown named agents of the United States, called by the fictitious names John Doe or Jane Doe, who identities are not yet known | |
| Defendants. | |

Defendant, the United States of America, submits its response to Plaintiffs' Motion for Referral to Mediation (Doc. 30). Defendant respectfully submits that the motion is premature and should be denied. On November 1, 2022, Plaintiffs filed an Amended Complaint (Doc. 28) in response to Defendant's partial motion to dismiss. (Doc. 27). Per the Court's Order denying, without prejudice, Defendant's partial motion to dismiss, Defendant's answer or subsequent motion to dismiss deadline is November 23, 2022. (Doc. 31). The topics of a settlement conference and/or mediation will be addressed in the normal course prior to the issuance of a scheduling order, which order is expected to include a deadline by which such activity is to occur. The precise issues to be addressed at a settlement conference or mediation will, of necessity, be shaped and defined through

discovery and motion practice in due course. A meaningful settlement conference or mediation is dependent upon a suitably developed record, which is absent at present. The Government, therefore, respectfully requests that the motion be denied.

RESPECTFULLY SUBMITTED this 17th day of November, 2022.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>s/*Noel C. Capps*
>NOEL C. CAPPS
>Assistant United States Attorney
>*Attorneys for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Trevor Reid**
**Crystale Reason**
3920 E. Thomas Rd. # 5723
Phoenix, AZ 85010

PRO SE

*s/ Celescia A. Broughton*
U.S. Attorney's Office