GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone:  (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov
*Attorneys for Defendant United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid, Crystale Reason,<br><br>Plaintiffs<br><br>v.<br><br>United States of America, and one or more unknown named agents of the United States, called by the fictitious names John Doe or Jane Doe, who identities are not yet known<br><br>Defendants. | No. CV-22-00068-PHX-SMB<br><br>**DEFENDANT UNITED STATES' RESPONSE TO PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The United States of America, pursuant to LRCiv. 56.1(b), responds to Plaintiffs' Statement of Facts in Support of Motion for Partial Summary Judgment ("PSOF") (Doc. 40).

PSOF 1 – 125. Fed. R. Civ. P. 12(a)(4) governs the deadline for the United States' answer to the Amended Complaint. *See* United State's Response to Plaintiffs' Motion for Partial Summary Judgment, filed concurrently herewith, and incorporated by reference.

RESPECTFULLY SUBMITTED this 9th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Noel C. Capps*
NOEL C. CAPPS
Assistant United States Attorney
*Attorneys for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I electronically transmitted the attached document via electronic mail to the below emails and to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Trevor Reid**
**Crystale Reason**
3920 E. Thomas Rd. # 5723
Phoenix, AZ 85010
trevor.d.reid@gmail.com
crystale.reid@gmail.com
PRO SE


*s/ Celescia A. Broughton*
U.S. Attorney's Office