GARY M. RESTAINO
United States Attorney
District of Arizona
NOEL C. CAPPS
Assistant U.S. Attorney
Arizona State Bar No. 014361
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Main Fax: (602) 514-7693
Email: Noel.Capps@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevor Reid,<br>Crystale Reason<br>        Plaintiffs<br>v.<br>United States of America,<br>        Defendant | No. CV-22-00068-PHX-SMB<br><br>**NOTICE OF SETTLEMENT** |

Defendant United States of America, and Plaintiffs Trevor Reid and Crystale Reason, notify the Court that the parties have reached a settlement agreement resolving all claims. Written settlement documentation has been finalized. A stipulated notice of dismissal will be filed upon confirmation of receipt of settlement payment.

RESPECTFULLY SUBMITTED this 26th day of October, 2023.

*s/Trevor Reid (w/ permission)*
TREVOR REID, Pro se

*s/Crystale Reason (w/ permission)*
CRYSTALE REASON, Pro se

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Noel C. Capps*
NOEL C. CAPPS
Assistant United States Attorney
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Trevor Reid**
**Crystale Reason**
3920 E. Thomas Rd. # 5723
Phoenix, AZ 85010

PRO SE

I hereby certify that on October 26, 2023, I served the foregoing document, **Notice of Settlement**, upon Plaintiffs via First Class U.S. Mail and via email to:

**Trevor Reid**
**Crystale Reason**
3920 E. Thomas Rd. # 5723
Phoenix, AZ 85010

PRO SE

Trevor.d.reid@gmail.com

Crystale.reid@gmail.com


*s/ Alia C. Alvarez*
U.S. Attorney's Office